# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0606. JEFFERY EDWARD MOSS v. THE STATE.**

A jury found Jeffery Edward Moss guilty of numerous offenses, including aggravated child molestation, and he was sentenced to life in prison. Moss filed a motion for an out-of-time appeal, which the trial court denied on August 31, 2021. On October 13, 2021, Moss filed a notice of appeal. We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Moss's notice of appeal was filed 43 days after entry of the trial court's order. We thus lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/07/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*